# CIVIL MINUTES - GENERAL

| Case No. | 2:18-cv-1488-CAS (SK) | Date | March 7, 2019 |
|---|---|---|---|
| Title | United States v. Eun Sun Ji | | |

| Present: The Honorable | Steve Kim, U.S. Magistrate Judge |
|---|---|
| Connie Chung | n/a |
| Deputy Clerk | Court Smart / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Relator: |
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER CERTIFYING EXTRADITABILITY**

Having conducted the extradition hearing in this matter and having reviewed all documents and memoranda filed by the parties, the Court concludes that all requirements for the extradition of Eun Sun Ji to the Government of the Republic of Korea have been met.

THEREFORE, the Court finds and certifies to the U.S. Secretary of State as follows:

1. The Court has subject matter jurisdiction to conduct extradition proceedings under 18 U.S.C. § 3184 and General Order 05-07 of the United States District Court for the Central District of California.

2. The Court has personal jurisdiction over the relator because she was found in this district when she was arrested on the extradition warrant on or about January 18, 2018.

3. A valid extradition treaty exists between the United States and the Republic of Korea. *See* Extradition Treaty Between the Government of the United States of America and the Government of the Republic of Korea, U.S.-S. Korea, June 9, 1998, S. Treaty Doc. No. 106-2 (1999). At all relevant times, the Extradition Treaty was and is in full force and effect.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:17-cv-4993-JFW (SK) | Date | March 7, 2019 |
|---|---|---|---|
| Title | In re: Extradition of Miguel Antonio Molina Benavides | | |

4. A formal request for the extradition of relator was properly presented by the Government of the Republic of Korea to the U.S. Department of State in the form of a Diplomatic Note dated October 18, 2016. The documents submitted by the Republic of Korea in support of the extradition request have all been properly certified by the appropriate authorities and officials and contain all the required information.

5. The relator is wanted by the Government of the Republic of Korea for an alleged criminal violation of Article 58(1) of the country's Act on the Control of Narcotics, Etc. The offense for which extradition is sought is punishable under the laws of both the United States and the Republic of Korea by deprivation of liberty for a period of one year or more, or by a more severe penalty, and therefore the offense for which extradition is sought qualifies as an extraditable offense under Articles 1 and 2 of the Extradition Treaty.

6. The person appearing in person before the Court is the same Eun Sun Ji wanted by the Government of the Republic of Korea as detailed in its extradition request.

7. There is probable cause to believe that the offense for which the relator's extradition is sought by the Republic of Korea was committed by the person appearing in person before the Court in these extradition proceedings.

Based upon these findings, THE COURT HEREBY CERTIFIES that it has found the relator extraditable to the Republic of Korea. A warrant may issue upon the requisition of the proper authorities of the Government of the Republic of Korea for the surrender of the relator according to the terms of the Extradition Treaty.

IT IS FURTHER ORDERED that the relator is committed to the custody of the U.S. Marshal to be detained without bail until her surrender to the Government of the Republic of Korea can be effectuated.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-1488-CAS (SK) | Date | March 7, 2019 |
|---|---|---|---|
| Title | United States v. Eun Sun Ji | | |

The Clerk is instructed to forward to the U.S. Secretary of State a copy of this Order Certifying the Extraditability of the relator, together with a copy of the hearing transcript and copies of the documents received as evidence (including the documents comprising the Formal Extradition Papers).

**IT IS SO ORDERED.**